# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| ROSIANNA BLOUNT, *et al.*, | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | § CIVIL ACTION NO. 1:14-CV-297 |
| | § |
| TOM MANESS, *et al.*, | § |
| | § |
| Defendants. | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND OF DISMISSAL

Pursuant to 28 U.S.C. § 636, the Local Rules for the United States District Court, Eastern District of Texas, and General Order 14-10, this matter was directly assigned to United States Magistrate Judge Keith F. Giblin. On September 5, 2015, Judge Giblin issued his Report and Recommendation on the defendants' numerous motions to dismiss. The Clerk assigned this District Court to consider and review the magistrate judge's recommended disposition.

To date, no party has filed objections to Judge Giblin's findings and recommendation in accordance with Federal Rule of Civil Procedure 72 and 28 U.S.C. § 636(b). The Court has conducted a *de novo* review of the record and the applicable law. *See* FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b). After careful consideration, the Court accepts Judge Giblin's recommended disposition. The Court therefore **ORDERS** that the Report and Recommendation on Motions to Dismiss [Clerk's Doc. #23] is **ADOPTED.** Pursuant to the magistrate judge's recommendation, the Court further **ORDERS** that the defendant's motions to dismiss [Clerk's Doc. #s 13, #15, #16, and #17] are **GRANTED**.

As recommended by Judge Giblin, the Court **ORDERS** that plaintiff Rosianna Blount's claims are **DISMISSED** in their entirety, with prejudice, for failure to state a claim and lack of jurisdiction. Plaintiff Alton J. Green's claims are **DISMISSED**, without prejudice. The Clerk is **ORDERED** to close this case.

**SIGNED** this the **28** day of **September, 2015.**

_____
Thad Heartfield
United States District Judge